# United States District Court
## Eastern District OF Michigan

Donnell Williams #225280,
            Plaintiff,

V.

Heidi Washington, et al.,
            Defendants,

Case:2:20-cv-11140
Judge: Hood, Denise Page
MJ: Morris, Patricia T.
Filed: 04-22-2020 At 11:21 AM
PRIS WILLIAMS V WASHINGTON, ET AL (
AT)

1983 Civil Claim Motion Under 42 U.S.C. § 1983. See 42 U.S.C. §1997.

Caution: You are required by Federal Law TO Exhaust Your available remedies on any action brought with Respect to Jail, Prison, or other Correctional Facility Condition BeFore Bringing An Action in Under 42 U.S.C. §1983. See 42 U.S.C. §1997e (a). In order to demonstrate exhaustion, You Must Attach All Documents Evidencing Exhaustion OF Remedies, Including Step 1,2, and 3 Grievances And Responses. IF You must Provide Copies oF The Grievances, You must provide the Court With An AFFidavit Describing the issue set forth In Step 1 Grievance, the People Named in the step 1 Grievance And the Response. You Received at Each level OF Review.

1

**E.** IF Your Claim Concern Confinement within a Facility by The Michigan Department OF Correction, Please State In Detail steps, You Have Taken TO Exhaust Your State Remedies Prior TO Filing This Lawsuit.

**F.** IF You taken any other steps to exhaust Your State Remedies. Please Describe In Detail What step You Have Taken. Plaintiff Donnell Williams #225280, Has Filed Complaints With Civil Service Commission, Internal Affairs Investigator, Legislative OF Ombudsman, Michigan State Police, Attorney General Office, And Plaintiff Family Members would call these organization, who would tell his Family Members to call the Institution where he is at, And Plaintiff Family Members would tell them that Carson City Corr. Fac. DRF, would tell them that they have the wrong number, use Profanity tell Plaintiff's Family Members to call the Director-Heidi Washington Office in Lansing. Plaintiff Filed Over 80 Complaints with The PREA Hotline "Video Tapes And Audio Tapes Recording that send Email to Director, PREA Manger, and Institution PREA Coordinator For Investigation. That Unknown PC. Mr. Purchase has access to all of these confidential, and anomyrous PREA Hotline Complaints Against him, and his co-workers in 500 Unit that he can Log on his Computer, and Read all PREA Hotline Complaints For Investigation, And Retaliation he is apart of. See All PREA Hotline Complaints, And Emails For Investigation. "Video And Audio Tapes Recording Pd 05.03.130 And Three Declatory Ruling Motion Pursuant TO MCL 24,263; MSA 3.56 (163), on Director-Heidi Washington, PREA Manger C. Carlson, Warden Randee Rewerts For Failure to Protect Plaintiff From Sexual Harassment, and Retaliation From their Employees that they was aware of Sexual Harassment, and Retaliation Against Plaintiff in 500 Unit, and 1200 Unit, and Grievance Coordinator-L. Becher, and Unknown Inspector cover up Evidence by Refusing to Process over 15 of Plaintiff Grievances, and Refuse to Process Plaintiff's step 2 Grievances, and Refuse to give Plaintiff step 2 Grievances like accordence to policy And Procedure Denying Plaintiff, access to the Courts to Exhaust all state Remedies Before Filing A 1983 Civil Claim Investigation OP 03.02.130.

2.

# Parties

In item A Below, Place Your Name in e First blank and Place Your Present Address In second Blank. Do the same For additional. PlaintiFF. IF Any.

A Name OF Plaintiff, Donnell DeFrance Williams # 225280. Address Macomb Corr. Fac. MRF. 34625 26 Mile Rd. New Haven, MI 48048.

In item B Below Place the Full Name of deFendants in First Blank his or her oFFicial Position in the second Blank and his or her Place of Employment in the third blank. USE Item C For the Names, Positions and Place of Employment of all additional deFendants. Attach, Extra Sheet as necessary. State Whether you are Suing each deFendant in an oFFicial capacity or Individua Capacity Plaint.FF. Donnell DeFrance Williams #225280, is suing in both Capacity all DeFendants, And Plaint.FF is seeking Injunction Relief.

B. DeFendant Director-Heidi Washinston, et al., is Employed At The Director's OFFice (MDOC), Grandview Plaza Blg. P.O. Box 30003 Lansing, MI 48909.

C. Additional DeFendants: Director-Heidi Washinston (MDOC), Unknown MDOC PREA Manger-C. Carlson, PREA Analysis Marry Mitchell (MDOC), Warden-Randee Rewerts (DRF), ~~xxxxxxxxxx~~ Unknown Deputy Warden- J. Schiebner (DRF), Unknown (ADW); J. Winger (Custody) (DRF), Unknown (ADW); B. Pung (Program/Housing) (DRF), Unknown Inspector (DRF), Unknown 4o- Mr. Allen (DRF), Unknown 4o-Farrell (DRF), Unknown PC. Purchase (DRF), Unknown Sgt. Mr. Platte (DRF), Unknown Rum. Mr. Beecher (DRF), Unknown Rum. Mr. Neimeic (DRF).

A. Is Your Place of conFinement a Facility OPerated BY The Michigan Department OF Corrections? Yes

3.

Be. IF Your Answer is Yes, Did You File a Grievance
concerning the Facts set Forth in this Complaint? Yes
Grievance Coordinator-Becher Interference in Plaintiff inability
to use the Grievance Process by using catch, and Kill
tactics to cover up Evidence of Sexual Harassment,
Intimidation, and Retaliation, and PREA Manger-C. Carlson
For their Employees. BY Refusing to Process Plaintiff,
Donnell DeFrance Williams #225280, Step 1, and 2 Grievances.
Refusing to Give Plaintiff, his step 1 Grievances back,
and Respond like accordence to policy and procedure giving
Plaintiff, 1 day to process his Step 2 Grievances, and
Sending his step 2 Grievance through the Institutional
Mail, and when Plaintiff receive Grievance it is already
Untimely, PREA Manger-C. Carlson, and Director-Heidi
Washington Failure to Investigate, and correct deficiencies
in the physical layout of the prison which placed Plaintiff,
and other prisoner at a higher risk of being in Imminent
Danger of Being Sexual Harass, and Being Retaliated
Against By corrupt Employees. See All Plaintiff, PREA
Hotline Complaints, and Emails For Investigation.
"Video And Audio Tapes Recording Pd 05.03.130.
Imminent Danger PREA Hotline Complaints that
Plaintiff Filed For Investigation that the Department
of Correction, and (MDOC) PREA Manger-C. Carlson
is denying Plaintiff access to Exhaust State
Remedies by holding Complaints, and denying
Plaintiff access to the Courts before Filing a
1983 Civil Claim Investigation

IF Your Answer is Yes, list the Grievance Number (S)
and the date listed as " Today's Date" box on the
Prisoner/Correction Client Grievance Form-DRF-2019-09-
2057-17A, DRF-2019-09-2122-03F, DRF-2019-09-2125-17A, DRF-
2019-2229-28I, DRF-2019-09-2125-17A, DRF-2019-11-2600-
28B, that Grievance Coordinator-L. Becher held step 1
Grievance, and Rejected to cover up Evidence of Staff
Corruption, and Retaliation, and Mailed Plaintiff,

4

his step 2 Grievance through the institutional Mail on December 06, 2019, the date that the step 2 Grievance had to be turn into Grievance Coordinator OFFice or it will be considered untimely. PlaintiFF is willing to take a polygram test to prove a truthful Fact that he receive step 2 Grievance on 12-06-2019, that was already considered untimely, It is impossible For PlaintiFF to Respond to this step 2 Grievance he receive the date oF untimely. PlaintiFF receive this step 1, and step 2 Grievance through Institutional Mail at Macomb Correctional Facility (MRF) DRF-2019-11-2667-17A, that PlaintiFF Fill out step 3 Grievance, and sent to Director's OFFice. DRF-2019-11-2696-17A, DRF-2019-12-2793-17I, PlaintiFF receive Grievances through Institutional Mail at Macomb Correctional Facility that Grievance Coordinator-L. Becher was with helding From PlaintiFF, who Fill out step 3 Grievances, and sent to Director OFFice to be process. Grievance Coordinator-L. Becher intentionally interference in PlaintiFF inability to use the Grievance process.

2. What was the decision UPOn Your Grievances AT Carson City Correctional Facility (DRF) NOT Process BY Unknown-Grievance Coordinator-L. Becher

Due to PlaintiFF's inability to obtain the DeFendants Full Names and address each DeFendants Full Name, Position, and Current address, Will be disclosed using interrogators during the discovery Phase in this Matter.

5.

I, Donnell Williams #225280, swear under oath that the Forgoing Motion For 1983 Civil Claim is true and correct, and if called upon to testify to such in open court, I Will do so with my signature Below.

Dated: April 17, 2020

Donnell Williams
Macomb Correctional Facility (MRF)
34625 26 Mile Rd
New Haven, MI 48048