UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONNELL WILLIAMS,

        Plaintiff,

v.

HEIDI WASHINGTON et al.,

        Defendants.

_____/

Case No. 1:20-cv-525

Honorable Janet T. Neff

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  August 18, 2020        /s/ Janet T. Neff
                                                  Janet T. Neff
                                                  United States District Judge